UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>MICHAEL V. CHHABRA, et al.,<br><br>　　　　　　　　　Defendants. | Civil Action No. 24-02561 (CRC) |

## [PROPOSED] SCHEDULING ORDER

Having reviewed the Joint Rule 26(f) Report filed by Plaintiff Securities and Exchange Commission (the "Commission") and Defendants Michael V. Chhabra ("Michael Chhabra"), Vineet K. Chhabra, aka Vincent K. Chhabra ("Vineet Chhabra"), Tort Fund LLC, Tort Fund SPV1, LLC ("Tort Fund SPV1") and Tort Fund SPV2, LLC ("Tort Fund SPV2") (collectively, "Defendants"), the Court enters the following Scheduling Order pursuant to Rule 16(b):

　　1.　　<u>Initial Disclosures</u>:  The parties shall make their Initial Disclosures pursuant to Rule 26(a)(1) no later than January 6, 2025.

　　2.　　<u>Joining Additional Parties and Amending Pleadings</u>:  Any additional parties must be joined, and any amendments to the pleadings must be filed, by December 6, 2024.

　　3.　　<u>Discovery Period and Scope of Discovery</u>:  Discovery shall conclude on August 1, 2025.  Discovery shall not be bifurcated between liability issues and relief issues.  During the discovery period the parties may conduct discovery on all issues within the scope of Rule 26(b), including matters relating to the relief sought by the Commission and any defenses thereto.

  4. <u>Depositions and Timing</u>: Each side may be allowed to depose up to ten fact witnesses. All depositions shall be conducted by August 1, 2025.

  5. <u>Dispositive Motions</u>: Any motions for summary judgment must be filed by October 3, 2025.

  6. <u>Pretrial Conference</u>: A pretrial conference shall be held on December 15, 2025. Additional pretrial deadlines may be established at that pretrial conference.

  7. <u>Trial</u>: Trial shall begin on February 2, 2026, or the first available date thereafter, as identified by the Court during the pretrial conference.

  **IT IS SO ORDERED.**

Date: _____

                     _____
                     CHRISTOPHER R. COOPER
                     United States District Judge