**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

SECURITIES AND EXCHANGE
COMMISSION,

                    Plaintiff,

          v.

MICHAEL V. CHHABRA, et al.,

                    Defendants.

Civil Action No. 24-02561 (CRC)

## JOINT MOTION FOR REFERRAL TO MEDIATION PROGRAM

In accordance with the Court's directives at the December 15, 2024 scheduling conference and Local Civil Rule 84.4, Plaintiff Securities and Exchange Commission (the "Commission") and Defendants Michael V. Chhabra ("Michael Chhabra"), Vineet K. Chhabra, aka Vincent K. Chhabra ("Vineet Chhabra"), Tort Fund LLC, Tort Fund SPV1, LLC ("Tort Fund SPV1") and Tort Fund SPV2, LLC ("Tort Fund SPV2") (collectively, "Defendants") jointly submit this motion to make a formal request for a referral to the United States District Court Mediation Program for a period of sixty days.

A proposed Order accompanies this motion as Exhibit A.

Dated:  December 20, 2024

                                           Respectfully submitted,

                                           SECURITIES AND EXCHANGE COMMISSION

                                           */s/ Gregory R. Bockin*
                                           Gregory R. Bockin (DC Bar No. 450885)
                                           Kara F. Sweet
                                           Judson T. Mihok

Kingdon Kase
Patricia A. Kuzma Trujillo
Philadelphia Regional Office
1617 JFK Blvd., Suite 520
Philadelphia, PA 19103
(215) 597-3100
(215) 597-2740 (fax)
bocking@sec.gov
sweetk@sec.gov
mihokj@sec.gov
kasek@sec.gov
trujillop@sec.gov

*Counsel for Plaintiff*
*Securities and Exchange Commission*

- and -

SECIL LAW PLLC

/s/ *Adriaen M. Morse Jr.*
Lionel André (DC Bar No. 422534)
Cory Kirchert (DC Bar No. 90002687)
Adriaen M. Morse Jr. (DC Bar No. 483347)
1701 Pennsylvania Ave., N.W., Suite 200
Washington, D.C. 20006
landre@secillaw.com
(703) 232-4622
ckirchert@secillaw.com
(202) 417-7052
amorse@secillaw.com
(202) 417-8232

*Counsel for Defendants*

.