UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                      Plaintiff,<br><br>v.<br><br>MICHAEL V. CHHABRA, et al.,<br><br>                      Defendants. | Civil Action No. 24-02561 (SLS) |

**JOINT STATUS REPORT**

Following the initial scheduling conference held on December 5, 2024, the Court issued two Minute Entries: the first ordered the scheduling order to be stayed for 60 days; and the second directed the filing of a status report updating the Court on settlement discussions by February 3, 2025.  Plaintiff Securities and Exchange Commission and Defendants Michael V. Chhabra, Vineet K. Chhabra, aka Vincent K. Chhabra, Tort Fund LLC, Tort Fund SPV1, LLC and Tort Fund SPV2, LLC ("Defendants") jointly submit this report concerning the status of their settlement discussions.

On December 20, 2024, the parties made a joint motion for referral to the United States District Court Mediation Program.  (ECF No. 18.)  On December 23, 2024, the Court issued a Minute Order granting the motion and referred the parties to the Mediation Program for a period of 90 days.  On January 2, 2025, the parties were notified that Robert Trout, Esq. was appointed as the mediator.

The mediator and the parties have conferred on dates for mediation given various scheduling issues and have agreed on March 13, 2025. The mediator and the parties will update the Court following the mediation in accordance with the Local Rules.

Dated: February 3, 2025

                                        Respectfully submitted,

SECURITIES AND EXCHANGE COMMISSION

/s/ *Gregory R. Bockin*
Gregory R. Bockin (DC Bar No. 450885)
Kara F. Sweet
Judson T. Mihok
Philadelphia Regional Office
1617 JFK Blvd., Suite 520
Philadelphia, PA 19103
(215) 597-3100
(215) 597-2740 (fax)
bocking@sec.gov
sweetk@sec.gov
mihokj@sec.gov

*Counsel for Plaintiff*
*Securities and Exchange Commission*

- and -

SECIL LAW PLLC

/s/ *Adriaen M. Morse Jr.*
Lionel André (DC Bar No. 422534)
Cory Kirchert (DC Bar No. 90002687)
Adriaen M. Morse Jr. (DC Bar No. 483347)
1701 Pennsylvania Ave., N.W., Suite 200
Washington, D.C. 20006
landre@secillaw.com
(703) 232-4622
ckirchert@secillaw.com
(202) 417-7052
amorse@secillaw.com
(202) 417-8232

*Counsel for Defendants*