UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>      v.<br><br>MICHAEL V. CHHABRA, et al.,<br><br>            Defendants. | Civil Action No. 24-02561 (SLS) |

## JOINT STATUS REPORT

Plaintiff Securities and Exchange Commission and Defendants Michael V. Chhabra, Vineet K. Chhabra, aka Vincent K. Chhabra, Tort Fund LLC, Tort Fund SPV1, LLC and Tort Fund SPV2, LLC ("Defendants") jointly submit this report following the 90-day mediation referral period:

On December 20, 2024, the parties made a joint motion for referral to the United States District Court Mediation Program. (ECF No. 18.) On December 23, 2024, the Court issued a Minute Order granting the motion and referred the parties to the Mediation Program for a period of 90 days. On January 2, 2025, the parties were notified that Robert Trout, Esq. was appointed as the mediator.

A mediation session was held in person on March 13, 2025. Although the parties engaged in good faith efforts, an agreement was not reached that would fully resolve this action, and the mediation concluded.

The parties request that the Court schedule a case management conference as soon as practicable so that a scheduling order may be implemented.

Dated:  April 2, 2025

                      Respectfully submitted,

                      SECURITIES AND EXCHANGE COMMISSION

                      /s/ *Gregory R. Bockin*
                      Gregory R. Bockin (DC Bar No. 450885)
                      Kara F. Sweet
                      Judson T. Mihok
                      Philadelphia Regional Office
                      1617 JFK Blvd., Suite 520
                      Philadelphia, PA 19103
                      (215) 597-3100
                      (215) 597-2740 (fax)
                      bocking@sec.gov
                      sweetk@sec.gov
                      mihokj@sec.gov

                      *Counsel for Plaintiff*
                      *Securities and Exchange Commission*

                              - and -

                      SECIL LAW PLLC

                      /s/ *Adriaen M. Morse Jr.*
                      Lionel André (DC Bar No. 422534)
                      Cory Kirchert (DC Bar No. 90002687)
                      Adriaen M. Morse Jr. (DC Bar No. 483347)
                      1701 Pennsylvania Ave., N.W., Suite 200
                      Washington, D.C. 20006
                      landre@secillaw.com
                      (703) 232-4622
                      ckirchert@secillaw.com
                      (202) 417-7052
                      amorse@secillaw.com
                      (202) 417-8232

                      *Counsel for Defendants*